FILE COPY

RE: Case No. 25-0564                    DATE: 6/30/2025
COA #: 15-24-00036-CV          TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.

MR. JORDAN KENNEDY MULLINS
MCGINNIS LOCHRIDGE, LLP
1111 W. 6TH STREET
BLDG. B, STE. 400
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                    DATE: 6/30/2025
    COA #: 15-24-00036-CV           TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

     Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.

                    CHRISTOPHER  PRINE
                    FIFTEENTH COURT OF APPEALS
                    P.O, BOX 12852
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                    DATE: 6/30/2025
COA #: 15-24-00036-CV           TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

    Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.

                        DISTRICT CLERK  TRAVIS COUNTY
                        TRAVIS COUNTY COURT
                        P. O. BOX 679003
                        AUSTIN, TX  78767
                        * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                          DATE: 6/30/2025
COA #: 15-24-00036-CV                 TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

> DEREK LEON  SEAL
> MCGINNIS LOCHRIDGE, LLP
> 1111 W. 6TH STREET
> BLDG. B, STE. 400
> AUSTIN, TX  78703-5345
> * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                    DATE: 6/30/2025
COA #: 15-24-00036-CV              TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

     Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.

                  MS. MARISA  PERALES
                  PERALES, ALLMON & ICE, P.C.
                  1206 SAN ANTONIO STREET
                  AUSTIN, TX  78701-1834
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                           DATE: 6/30/2025
COA #: 15-24-00036-CV            TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.


                    MS. ERIN  GAINES
                    EARTHJUSTICE
                    845 TEXAS AVENUE
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                     DATE: 6/30/2025
    COA #: 15-24-00036-CV              TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

    Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.


                    MS. SARA J. FERRIS
                    OFFICE OF THE ATTORNEY GENERAL
                    ENVIRONMENTAL PROTECTION DIVISION
                    PO BOX 12548, MC-066
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                    DATE: 6/30/2025
COA #: 15-24-00036-CV            TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.

MS. APRIL E. LUCAS
MCGINNIS LOCHRIDGE, LLP
1111 W. 6TH STREET
BLDG. B, STE. 400
AUSTIN, TX  78703
* DELIVERED VIA E-MAIL *